1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ROBEY HAIRSTON,                                    No.  2:14-cv-2237 KJN P

12                 Petitioner,

13       v.                                          ORDER

14 WACKEN HORSTS, et al.,

15                 Respondents.

16

17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18 corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner does not challenge the fact or

19 duration of his confinement.  Rather, petitioner challenges the conditions of his incarceration at

20 the California Correctional Institution in Kern County.  Kern County is part of the Fresno

21 Division of the United States District Court for the Eastern District of California.  See Local Rule

22 120(d).

23       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24 division of a court may, on the court's own motion, be transferred to the proper division of the

25 court.  Therefore, this action will be transferred to the Fresno Division of the court.

26 ////

27 ////

28 ////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and shall be

5    filed at:

6    United States District Court
     Eastern District of California
     2500 Tulare Street
7    Fresno, CA 93721

8    Dated:  October 6, 2014

9

10   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

11   /hair2237.109

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28